KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00682- RMW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| JAIME ESQUIVEL, ) | |
|    Defendant. ) | SAN JOSE VENUE |

    On December 11, 2006, the parties in this case appeared before the Court for a status conference. The parties jointly requested that the case be continued from December 11, 2006 to January 8, 2007, at 9:00 a.m. in order for counsel for defendant to review the discovery in the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from December 11, 2006 until January 8, 2007. Defendant, who was present with his attorney Assistant Federal Public Defender Cynthia Lie, agreed to the exclusion, as did AUSA Thomas O'Connell. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [] ORDER
NO. 06-00682 RMW                         1

1  SO STIPULATED:                         KEVIN V. RYAN
2                                          United States Attorney

3  DATED:                                 _____/s/_____
4                                          THOMAS M. O'CONNELL
                                           Assistant United States Attorney
5
   DATED:                                 _____/s/_____
6                                          CYNTHIA C. LIE
                                           Assistant Federal Public Defender
7                                          Counsel for Mr. Esquivel
8

9    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from December 11, 2006 until January 8, 2007.  The Court finds,
11 based on the aforementioned reasons, that the ends of justice served by granting the requested
12 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
13 failure to grant the requested continuance would deny defense counsel reasonable time necessary
14 for effective preparation, taking into account the exercise of due diligence, and would result in a
15 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
16 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.
18
19 DATED:_ 1/22/07 _____          _____/s/ Ronald M. Whyte_____
                                           RONALD M. WHYTE
20                                         United States District Judge

STIPULATION AND [] ORDER
NO. 06-00682 RMW                       2