KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME ESQUIVEL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 06-00682- RMW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME <br><br> SAN JOSE VENUE |

On January 8, 2007 the parties in this case appeared before the Court for a status conference. The parties jointly requested that the case be continued from January 8, 2007, at 9:00 a.m. to February 12, 2007. in order for counsel for defendant to review the discovery in the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from January 8, 2007 to February 12, 2007. Defendant, who was present with his attorney Assistant Federal Public Defender Cynthia Lie, agreed to the exclusion, as did AUSA Thomas O'Connell. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                                    KEVIN V. RYAN
                                                  United States Attorney

STIPULATION AND [PROPOSED] ORDER
NO. 06-00682 RMW                          1

| | |
|---|---|
| 1 | |
| 2 | DATED: 01/24/07 |
| 3 | |

                                                  /s/
THOMAS M. O'CONNELL
Assistant United States Attorney

DATED: 01/24/07

                                                  /s/
CYNTHIA C. LIE
Assistant Federal Public Defender
Counsel for Mr. Esquivel

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 8, 2007 until February 12, 2007. . The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/8/07

                                                  /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge