1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ESQUIVEL

6                                                                    *E-FILED - 5/4/07*

7                   IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        )   No. CR-06-00682 RMW
                                      )
11 |         Plaintiff,                )   STIPULATION AND []
                                      )   ORDER CONTINUING HEARING
12 | vs.                              )
                                      )
13 | JAIME ESQUIVEL,                  )
                                      )
14 |         Defendant.                )
   |_____)
15
                            **STIPULATION**
16
        The parties hereby stipulate and agree that the status hearing currently set for Monday,
17
   February 12, 2007 may be continued to Monday, March 5, 2007 at 9:00 a.m.  The reason for the
18
   requested continuance is that government counsel will be unavailable for the currently scheduled
19
   date and the parties are continuing settlement negotiations.  The parties further stipulate and
20
   agree that the intervening three weeks may be excluded from the time within which trial shall
21
   commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for
22
   continuity of counsel.
23

24 Dated: February 7, 2007

25                                          _____/S/_____
                                            CYNTHIA C. LIE
26                                          Assistant Federal Public Defender

Stipulation and [] Order Continuing
Hearing                                     1

Dated: February 8, 2007

_____/S/_____
THOMAS J. O'CONNELL
Assistant United States Attorney

### [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Monday, February 12, 2007, to Monday, March 5, 2007 at 9:00 a.m.  It is further ordered that the three-week period of delay shall be excluded from the time within which trial shall commence under the Speedy Trial Act, for continuity of counsel.

Dated: May 5, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge