BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESQUIVEL

*E-FILED - 5/4/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00682 RMW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [] ORDER CONTINUING HEARING |
| vs. | ) ) | |
| JAIME ESQUIVEL, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing currently set for Monday, March 26, 2007 may be continued to Monday, April 16, 2007 at 9:00 a.m.  The reason for the requested continuance is that the defense is in the process of obtaining records relevant to the expected disposition in this case and that government counsel will be unavailable for the currently scheduled date.  The parties further stipulate and agree that the intervening three weeks may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for continuity and effective preparation of counsel.

Dated: March 23, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Stipulation and [] Order Continuing Hearing                                   1

1  Dated: March 23, 2007

2                                  s/_____
                                   THOMAS J. O'CONNELL
3                                  Assistant United States Attorney

4
                                **[] ORDER**
5
        Good cause appearing and by stipulation of the parties, it is hereby ordered that the status
6
hearing in the above-captioned matter shall be continued from Monday, March 26, 2007, to
7
Monday, April 16, 2007 at 9:00 a.m.  It is further ordered that the three-week period of delay
8
shall be excluded from the time within which trial shall commence under the Speedy Trial Act,
9
for effective defense preparation and for continuity of government counsel.
10

11
   Dated: May 4, 2007
12                                 *Ronald M. Whyte*_____
                                   RONALD M. WHYTE
13                                 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [] Order Continuing
Hearing                                          2