BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESQUIVEL

*E-FILED - 7/23/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>                      Plaintiff,            )<br>                                                         )<br>vs.                                                    )<br>                                                         )<br>JAIME ESQUIVEL,                           )<br>                                                         )<br>                      Defendant.        )<br>_____ ) | No. CR-06-00682 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently set for Monday, July 23, 2007 may be continued to Monday, August 6, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense additional time for effective preparation. United States Probation Officer Waseem Iqbal has been consulted regarding the requested continuance ad the proposed date and has indicated no opposition.

Dated: July 18, 2007

s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney


Dated: July 16, 2007

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Stipulation and Order Continuing
Hearing                                                              1

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, July 23, 2007, to Monday, August 6, 2007 at 9:00 a.m.

Dated: July 23, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation and [ Order Continuing Hearing                                    2