BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESQUIVEL

*E-FILED - 8/20/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00682 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [ |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| JAIME ESQUIVEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the sentencing hearing currently set for Monday, August 6, 2007 may be continued to Monday, August 27, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the government additional time to respond to the defense sentencing memorandum.  United States Probation Officer Waseem Iqbal has been consulted as to the proposed continuance and has no objection.

Dated: July 31, 2007

                                                       s/_____
                                                     CYNTHIA C. LIE
                                                     Assistant Federal Public Defender

Dated: July 31, 2007

                                                       s/_____
                                                     THOMAS J. O'CONNELL
                                                     Assistant United States Attorney

**[] ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from Monday, August 6, 2007, to Monday, August 27, 2007 at 9:00 a.m.

Dated: August 20, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge